DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
Assistant United States Attorney
1000 SW Third, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
ethan.knight@usdoj.gov
**JEFFREY SWEET**, OSB #99418
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
Telephone: (541) 465-6771
Facsimile: (541) 465-6531
jeff.sweet@usdoj.gov
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMED OSMAN MOHAMUD,<br><br>**Defendant.** | Case No. 10-CR-475-KI<br><br>GOVERNMENT'S FISA NOTIFICATION |

The United States, through Dwight C. Holton, United States Attorney for the District of Oregon, hereby provides notice to defendant Mohamed Osman Mohamud and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter,

information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated this 29th day of November 2010.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney

ETHAN D. KNIGHT
Assistant United States Attorney

JEFFREY SWEET
Assistant United States Attorney