CR 10-475-KI

AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL
10 NOV 29 AM 11: 13
PORTLAND, OREGON

FILED 10 NOV 30 16:35USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| MOHAMED OSMAN MOHAMUD | ) Case No. '10-MJ-497 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **MOHAMED OSMAN MOHAMUD**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Attempted Use of a Weapon of Mass Destruction, in violation of Title 18, United States Code, Section 2332a(a)(2)(A)

Date: 11/26/2010

*Issuing officer's signature*

City and state:    Vancouver, Washington    The Honorable John V. Acosta, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/26/10, and the person was arrested on *(date)* 11/26/10
at *(city and state)* Portland, Oregon.

Date: 11/29/10

*Arresting officer's signature*

J. Lindgren, DEO
*Printed name and title*