# LIST OF EXHIBITS AND WITNESSES

| Case No. | Cr 10-475-KI | Judge | Garr M. King |
|---|---|---|---|
| Title | USA v. Mohamed Osman Mohamud | | |
| Dates of Hearing/Trial | 5/1/2012 | | |
| Court Reporters | Nancy Walker | | |
| Deputy Clerks | Pamela Cooney | | |

| Attorney for Govt. / Plaintiff | Attorney for Defendant |
|---|---|
| Ethan D. Knight | Stephen R. Sady |
| Pamala Holsinger | Steven T. Wax |
| | Ellen Pitcher |

| Govt/Pltf Wit./Ex.# | Defendant Wit./Ex.# | R | NR | OP | D | W | WITNESS/EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|---|---|
| X | | | | | | | 5/1/2012 (1:40 p.m.) Ryan Dwyer |
| X | | | | | | | 5/1/2012 (4:32 p.m.) Michael Burdick |
| X | | | | | | | 5/2/2012 (9:42) William B. Tanton |
| | X | | | | | | 5/2/2012 (10:16) Steven D. Williams - by phone |
| | X | | | | | | 5/2/2012 (10:26) Christopher Ashenfelter - by phone |
| | | | | | | | |
| 1 | | | | | | | Notebook (Forensic Evidence) |