**S. AMANDA MARSHALL**, OSB #95347
United States Attorney
District of Oregon
**ETHAN D. KNIGHT**, OSB #99298
**PAMALA R. HOLSINGER**, OSB #89263
Assistant United States Attorneys
ethan.knight@usdoj.gov
pamala.holsinger@usdoj.gov
1000 SW Third, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
**JOHN P. CARLIN**
Assistant Attorney General
for National Security
**GEORGE Z. TOSCAS**
**J. BRADFORD WIEGMANN**
**TASHINA GAUHAR**
Deputy Assistant Attorneys General
National Security Division
**JOLIE F. ZIMMERMAN**, DCB #465110
Trial Attorney
Counterterrorism Section
National Security Division
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:10-CR-00475-KI |
| v. | |
| **MOHAMED OSMAN MOHAMUD,** | **NOTIFICATION TO DEFENDANT OF FIFTEENTH *IN CAMERA, EX PARTE*, UNDER SEAL FILING BY THE UNITED STATES** |
| Defendant. | |

The United States hereby notifies defendant that it has, on May 3, 2014, submitted to the

Court *in camera, ex parte*, and under seal with the Classified Information Security Officer, the

Government's Classified *In Camera*, *Ex Parte* Response to Defendant's Alternative Motion for Suppression of Evidence and a New Trial.

Dated this 5th day of May 2014.

                Respectfully submitted,

                S. AMANDA MARSHALL
                United States Attorney

                *s/ Ethan D. Knight*
                ETHAN D. KNIGHT, OSB #99298
                PAMALA R. HOLSINGER, OSB #89263
                Assistant United States Attorneys

                JOHN P. CARLIN
                Assistant Attorney General
                for National Security

                GEORGE Z. TOSCAS
                J. BRADFORD WIEGMANN
                TASHINA GAUHAR
                Deputy Assistant Attorneys General
                National Security Division

                JOLIE F. ZIMMERMAN, DCB #465110
                Trial Attorney
                Counterterrorism Section
                National Security Division
                United States Department of Justice